FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 10, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY GARCIA,<br><br>            Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | NO:  1:24-cv-03035-LRS<br><br>ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion to Dismiss Without Prejudice. ECF No. 6.  After considering the motion and FRCP 41(a),

IT IS ORDERED that the Motion, **ECF No. 6**, is **GRANTED**, and Plaintiff's claim is dismissed without prejudice.  The District Court Executive is directed to enter this order, provide copies to counsel, and **CLOSE** the file.

**DATED** April 10, 2024.

_____
LONNY R. SUKO
Senior United States District Judge

ORDER - 1